### CHENEY, ET AL. v. NICHOL, ET AL.

(Decided February 1, 1916.)

APPEAL from Jackson Circuit Court.
Heard before Hon. W. W. HARALSON.
No counsel marked for either party.
Per curiam. Appeal dismissed.

---

### COLLIER DRUG CO. v. ALABAMA SUPPLY CO.

(Decided November 24, 1915.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. A. H. BENNERS.
Z. T. RUDOLPH, for appellant. BROWN & MURPHY, for appellee.
Per curiam. Appeal dismissed by appellant.

---

### DONNEGAN v. THE STATE.

(Decided January 20, 1916.)

APPEAL from Autauga Circuit Court.
Heard before Hon. W. W. PEARSON.
No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.
Per curiam. Appeal abated by death of appellant.